AUGUST W. RABE v. JOHN T. McGEE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY S. PELZER, as Administratrix, etc., v. RAYMOND A. PERRY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

MITSUI & COMPANY, LTD., Impleaded with JAMES W. WALKER and Others, as Trustees, etc., Appellants, v. STANDARD AIRCRAFT CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs. and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN A. LONG, as a Director of WELLS & NEWTON COMPANY, INC., Appellant, v. FRANK J. FEE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

YOUMANS, INC., a Corporation of the State of New York, Appellant, v. EPHRAIM M. YOUMANS, INC., a Corporation of the State of New York, and Another, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Arbitration between ORION TEXTILE COMPANY, INC., Appellant, and T. J. MITCHELL & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FRANK THOMPSON BROUGH, Respondent, v. WILLIAM WELLINGTON OWEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOSEPH SCHNEIDER and Another, Appellants, v. BESSIE MINKOFF, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HENRY HOMES and Another, as Copartners, etc., Plaintiffs, v. LOUIS MANN and Another, Appellants, Impleaded with JULIAN GOLDMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BECKIE LESKY, Respondent, v. ABRAHAM J. ROSENBERG, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

NEDERLANDSCHE PETROLEUM EN ASPHALT MAATSCHAPPIJ, Respondent, v. INTEROCEAN OIL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANTHONY BASSLER, Respondent, v. ALASKA PACIFIC COAL COMPANY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MAY S. PELZER, as Administratrix, etc., of BERNARD S. PELZER, Deceased, Respondent, v. RAYMOND A. PERRY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ. ·

MAY S. PELZER, as Administratrix, etc., of BERNARD ·S. PELZER, Deceased,

Respondent, v. RAYMOND A. PERRY, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HARRY HORN, Appellant, v. GEORGES CRASSOPOULOS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PINCUS S. BRENNER and Others, Copartners, etc., Respondents, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within twenty days upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

UNITED STATES AND CUBAN ALLIED WORKS ENGINEERING CORPORATION, Appellant, v. " LEROY " H. MARTIN and Others, Defendants, and THE CONTINENTAL INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

RACHEL M. O. WARD, Respondent, v. JOHN E. STILLWELL, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

FRANKLIN H. BROWN, Trading as CREDITORS-AUDIT COLLECTION BUREAU and as ATTORNEYS BUREAU OF COLLECTIONS, Appellant, v. J. HARRY TREGOE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to plead anew within ten days upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

FOREIGN TRADE BANKING CORPORATION, Respondent, v. GERSETA CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

BLANCHE WILLETT, Respondent, v. UNITED STATES RUBBER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.; Dowling and Greenbaum, JJ., dissenting.

FASIG-TIPTON COMPANY v. GEORGE C. TAYLOR, as President, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CAROLINE M. ROBINSON v. HUBERT E. ROGERS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SORRO.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PATRICK A. GAYNOR, as Committee, etc., v. FERDINAND HECHT.— Motion granted so far as to permit record to be amended on condition that appeal be ready for argument on January 9, 1923. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN PIRUNG & COMPANY and Others v. BROWN & SECCOMB.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

In the Matter of the Application of JEANNE RAMEL SCHNABEL, Respondent,